**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LOCAL 513, INTERNATIONAL UNION ) <br> OF OPERATING ENGINEERS, AFL-CIO ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HACKMAN BROTHERS, INC., ) <br> ) <br>     Defendant. ) | Case No. 4:17-CV-1620 NAB |

## AGREED ORDER OF DISMISSAL

The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1).  This matter is before the Court on the parties' Motion for Leave to File Documents Under Seal (Doc. No. 22), and their Joint Stipulation of Dismissal. (Doc. No. 23).  The parties request that the Court dismiss this action without prejudice but retain jurisdiction to enforce the parties' Settlement Agreement and proposed Consent Judgment.  The parties also seek leave to file their signed Settlement Agreement (Ex. 1) and proposed Consent Judgment (Ex. 2) with the Court under seal.  The Court will grant the motion to file the Settlement Agreement and Consent Judgment under seal, and will retain jurisdiction to enforce the parties' Consent Judgment pursuant to the authority outlined in *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

Accordingly,

**IT IS HEREBY ORDERED**:

1. The parties shall comply with the terms of their Stipulation of Dismissal.

2. By consent of the parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Stipulation of Dismissal, as well as their Settlement Agreement and proposed Consent Judgment, which have been executed by the parties and filed under seal, in the event of a breach of the terms of the agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed without prejudice.

Dated this 18th day of January, 2018.

                                                  /s/ Nannette A. Baker  
                                              NANNETTE A. BAKER  
                                              UNITED STATES MAGISTRATE JUDGE